# Third District Court of Appeal
## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D18-418 & 3D20-1382
Lower Tribunal No. 15-25520

————————

**Castle Key Insurance Company,**
Appellant,

vs.

**Andre De Kosko and Marietta De Kosko,**
Appellees.


Appeals from the Circuit Court for Miami-Dade County, Rodney Smith and Mavel Ruiz, Judges.

Chimpoulis, Hunter & Lynn, P.A. (Plantation); Russo Appellate Firm, P.A., and Elizabeth K. Russo, for appellant.

The Monfiston Firm, P.A., and Daniel L. Monfiston, for appellees.


Before EMAS, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.